UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RONALD PATTERSON<br>Plaintiff, | CIVIL ACTION NO.<br>3-02-CV-951 (CFD) |
| v. | |
| TRAVELERS CASUALTY & SURETY<br>COMPANY, BOCE W. BARLOW, JR.<br>and PAUL LEWIS<br>Defendants. | November 3, 2003 |

## MOTION FOR PARTIES PLANNING CONFERENCE.

Ronald Patterson, plaintiff in the above-entitled action, moves the court pursuant to Rule 16 of the Federal Rules of Civil Procedure for an order requiring the appearing parties to be present at a pretrial conference at a time and place to be designated by the court for consideration of:

(1) expediting the disposition of the action;

(2) establishing early and continuing control so that the case will not be protracted because of lack of management;

(3) discouraging wasteful pretrial activities;

(4) improving the quality of the trial through more through preparation; and

(5) facilitating the settlement of case.

There is no order of pretrial deadlines enter in this civil action, two defendants have not appeared and plaintiff seeks to have continuing control in facilitating the case.

1

WHEREFORE, The plaintiff request that the parties to confer for purposes described in Fed. R. Civ. P. 26 (f) and in such others matters as may aid in the disposition of the action.

Respectfully Submitted,

PLAINTIFF, RONALD PATTERSON

By: *Ronald Patterson*
Ronald Patterson
133 Huntington Street # 1
Hartford, CT. 06105
Tel. (860) 728-5759

## CERTIFICATION OR SERVICE

I Ronald Patterson, hereby certify that on the 3rd day of November 2003, the foregoing Memorandum were sent via First Class, mail, postage prepaid to:

| | |
|---|---|
| Bradford R. Carver Esq. | James Mack Esq. |
| Cetrulo & Capone LLP | Travelers Casualty and Surety |
| Two Seaport Lane, 10th Floor | Company |
| Boston, MA. 02210 | One Tower Sq., 14 CZ |
| | Hartford, CT. 06183 |

*Ronald Patterson*
Ronald Patterson