UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RONALD PATTERSON<br>Plaintiff, | : | CIVIL ACTION NO.<br>3-02-CV-951 (CFD) |
| v. | : | |
| TRAVELERS CASUALTY & SURETY<br>COMPANY, BOCE W. BARLOW, JR.<br>and PAUL LEWIS<br>Defendants. | : | December 29, 2003 |

**MOTION AND NOTICE – FOR ORDER REMANDING ACTION TO STATE COURT- NO DIVERSITY OF CITIZENSHIP [28 USCS §§ 1332, 1447 (c); FRCP 7 (b).**

Plaintiff RONALD PATTERSON, appearing pro se, hereby moves this Court for an order remanding the above-entitled action to Hartford Superior Court at 95 Washington Street Hartford, CT. 06106, on the ground that the Report and Recommendation submitted by Honorable Magistrate Thomas P. Smith on December 5. 2003concluded this court lacks jurisdiction under 28 U.S.C. §§§ 1331,1332, 1352. The plaintiff request for the propose order to clarify that; The Default-Judgement against defendant Boce W. Barlow Jr. entered in February 2003 stay in effect.

Plaintiff further moves this Court for an order base on the plaintiff's in forma pauperis status waived costs and disbursements incurred by removal of the above-entitled civil action from this Court.

WHEREFORE, The plaintiff requests order remanding this civil action to state court, default-judgement against defendant Boce W. Barlow Jr. entered in February 2003

1

stay in effect and waived costs and disbursements incurred by removal of the above-entitled civil action from this Court.

PLAINTIFF, RONALD PATTERSON

By: *Ronald Patterson*
Ronald Patterson
133 Huntington Street # 1
Hartford, CT. 06105
Tel. (860) 728-5759

### CERTIFICATION OR SERVICE

I Ronald Patterson, hereby certify that on the 29th day of December 2003, the foregoing Motion and notice for order to remand to State Court were sent via First Class, mail, postage prepaid to:

| | |
|---|---|
| Mr. Bradford R. Carver Esq.<br>Cetrulo & Capone LLP<br>Two Seaport Lane, 10th Floor<br>Boston, MA. 02210 | Mr. James Mack Esq.<br>Travelers Casualty and Surety Company<br>One Tower Sq., 14 CZ<br>Hartford, CT. 06183 |

*Ronald Patterson*
Ronald Patterson