UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RONALD PATTERSON<br>Plaintiff Pro Se,<br><br>v.<br><br>TRAVELERS CASUALTY & SURETY<br>COMPANY, BOCE W. BARLOW, JR.,<br>and PAUL LEWIS<br>Defendants. | C.A. No. 3:02cv00951 (CFD) |

## OBJECTION OF TRAVELERS CASUALTY & SURETY COMPANY TO PLAINTIFF'S MOTION AND NOTICE - FOR ORDER REMANDING ACTION TO STATE COURT

Defendant Travelers Casualty & Surety Company ("Travelers") hereby objects to Plaintiff's Motion and Notice - for Order Remanding Action to State Court - No Diversity of Citizenship [28 U.S.C.S §§1332, 1447(C); F. R. Civ. P. 7(B) [sic]. As grounds for its objection, Travelers states that Plaintiff has failed to object to the Magistrate's Report and Recommendation dated December 5, 2003, which recommended that this matter be dismissed with prejudice for lack of subject matter jurisdiction. Accordingly, Plaintiff has waived any right to object to the Magistrate's Report. In addition, Plaintiff has failed to cite any authority under which this Court may remand a matter for further consideration by a state court in these circumstances.

WHEREFORE, Defendant Travelers Casualty & Surety Company objects to Plaintiff's Motion and Notice - for Order Remanding Action to State Court and requests that this Court adopt the Magistrate's Report and Recommendation dated December 5,

2003 and dismiss this matter with prejudice.

          Respectfully submitted,

          TRAVELERS CASUALTY & SURETY COMPANY
          By its attorneys,

          _____
          Bradford R. Carver
          CT. Fed. No. 12846
          Cetrulo & Capone LLP
          Two Seaport Lane, 10th Floor
          Boston, MA 02210
          (617) 217-5500

Local Rule 2C Counsel:
James Mack
Travelers Casualty and Surety Company
One Tower Sq., 14CZ
Hartford, CT 06183

## CERTIFICATE OF SERVICE

I, Bradford R. Carver, hereby certify that on the 9 day of January, 2004, a copy of the forgoing was sent via first class mail, postage prepaid to:

          Mr. Ronald Patterson
          133 Hunting Street #1
          Hartford, CT 06105

          and

          James Mack
          Travelers Casualty and Surety Company
          One Tower Sq., 14CZ
          Hartford, CT 06183

          _____
          Bradford R. Carver
          CT. Fed. No. 12846

314084/01037-0042