UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RONALD PATTERSON | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3-02-CV-951(CFD) |
| | : | |
| v. | : | |
| | : | |
| TRAVELERS CASUALTY & SURETY | : | |
| COMPANY, BOCE W. BARLOW, JR. | : | |
| and PAUL LEWIS | : | |
| Defendants | : | January 13, 2004 |

**PLAINTIFF'S REQUEST FOR DISTRICT JUDGE'S REVIEW OF U.S. MAGISTRATE'S REPORT AND OBJECTS IN PART PURSUANT TO 28. U.S.C. § 636.**

The Plaintiff Ronald Patterson a pro se claimant request pursuant to U.S.C. § 636 for District Judge's Review of U.S. Magistrate Smith's Report and Recommendation and object in part thereto.

**In Support of Plaintiff's request**

The plaintiff concedes that this Court lacks jurisdiction under §§§ 1331, 1332and 1352 as stated in the report but the plaintiff objects to civil action be dismiss with prejudice, instead dismiss without prejudice in order to pursue trial on the merits in state court in pursuant to General Statutes §52-592(a). " In its memorandum of decision, the trial court concluded that " General Statutes §52-592 (d) allows the plaintiff's to pursue the state law claims that were dismissed without prejudice in federal court" Daoust v. McWilliams 49 Conn. App. 715. This civil action is a state law claims with jurisdiction in state court.

1

WHEREFORE, The plaintiff requests that this court dismiss this case without prejudice, so the plaintiff can pursue this action in state court at 95 Washington Street Hartford, CT.

Respectfully Submitted,
PLAINTIFF, RONALD PATTERSON

By: *Ronald Patterson*

### CERTIFICATION Of SERVICE

I Ronald Patterson, hereby certify that on the 13th day of January 2004, the foregoing Request for District Judge review and objection in part were sent via First Class, mail, postage prepaid to:

| | |
|---|---|
| Bradford R. Carver Esq. | James Mack Esq. |
| Cetrulo & Capone LLP | Travelers Casualty and Surety |
| Two Seaport Lane, 10th Floor | Company |
| Boston, MA. 02210 | One Tower Sq., 14 CZ |
| | Hartford, CT. 06183 |

*Ronald Patterson*
Ronald Patterson