UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RONALD PATTERSON<br>Plaintiff, | CIVIL ACTION NO.<br>3-02-CV-951(CFD) |
| v. | |
| TRAVELERS CASUALTY & SURETY<br>COMPANY, BOCE W. BARLOW, JR.<br>and PAUL LEWIS | |
| Defendants | January 13, 2004 |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT TRAVELERS CASUALTY & SURETY COMPANY'S OBJECTION TO PLAINTIFF'S MOTION AND NOTICE FOR REMANDING ACTION TO STATE COURT PURSUANT TO FED. R. CIV. P. 12 (a) (1).**

Plaintiff Ronald Patterson answer Defendant Travelers Casualty & Surety Company's Objection which is not dated but sent to plaintiff on or about January 9, 2004. Defendant's objection to plaintiff's motion and notice for remanding action to state court.

## BACKGROUND

On December 5, 2003, United States Magistrate Judge Thomas P. Smith issued his Report and Recommendation regarding above-captioned action in which he determined *sua sponte* that this Court lack subject-matter jurisdiction pursuant to 28 U.S.C. §§§1331, 1352, and 1352. Accordingly, Magistrate Judge Smith recommended that this action be dismissed with prejudice. The Report and Recommendation advised Plaintiff that he had right to timely seek the district judge's review and to object thereto, and advise that failure to timely object likely result in dismissal of the case with prejudice.

1

## ARGUMENT

### Plaintiff has Not Waived His Right to Object to the Magistrate's Report and Recommendation By Failing to Timely File an Objection.

On December 13, 2003, the plaintiff received a wrong decision in error by the Clerk's Office of this Court. On December 15, 2003 the plaintiff returned the Order back to the court and request that an ruling concerning the plaintiff's case be sent to him. (exhibit A) On December 29, 2003 the plaintiff received the Report and Recommendation from Magistrate Smith that was dated on December 5, 2003. The plaintiff in good faith believe he was objecting in part to the Magistrate Smith's Report. Base on the December 29, 2003 date the plaintiff is filing his review and objection in a timely matter in accordance to 28 U.S.C. § 636 (b) (1) (B).

WHEREFORE, Base on the foregoing the defendant's objection should be denied.

Respectfully Submitted,
PLAINTIFF, RONALD PATTERSON

By: *Ronald Patterson*
Ronald Patterson
133 Huntington Street #1
Hartford, CT. 06105
Tel. (860) 728-5759

Mr. Ronald Patterson
133 Huntington Street # !
Hartford, CT. 06105
(860) 728-5759
December 15, 2003

United States District Court
Office of the Clerk
450 Main Street
Hartford, CT. 06103

Dear Sir/ Madam:

    I am returning this Order of a settlement conference to this office, since I am not a party to this pending action. I know there are rulings from this court concerning my case, could it possible it got sent to someone else. If there is any questions or concern please don't hesitate to contact me.

    Very truly yours,

    *Ronald Patterson*
    Ronald Patterson

Exhibit A

## CERTIFICATION OF SERVICE

I Ronald Patterson, hereby certify that on the 13th day of January 2004, the foregoing Plaintiff's response to defendants objection were sent via First Class, mail, postage prepaid to:

Bradford R. Carver Esq.
Cetrulo & Capone LLP
Two Seaport Lane, 10th Floor
Boston, MA. 02210

James Mack Esq.
Travelers Casualty and Surety Company
One Tower Sq., 14 CZ
Hartford, CT. 06183

*Ronald Patterson*
Ronald Patterson