UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RONALD PATTERSON )<br>Plaintiff Pro Se, )<br>)<br>v. )<br>)<br>TRAVELERS CASUALTY & SURETY )<br>COMPANY, BOCE W. BARLOW, JR., )<br>and PAUL LEWIS )<br>Defendants. )<br>_____) | C.A. No. 3:02cv00951 (CFD) |

### OBJECTION OF TRAVELERS CASUALTY & SURETY COMPANY TO PLAINTIFF'S REQUEST FOR DISTRICT JUDGE'S REVIEW OF U.S. MAGISTRATE'S REPORT

Defendant Travelers Casualty & Surety Company ("Travelers") hereby objects to Plaintiff's Request for District Judge's Review of U.S. Magistrate's Report and Objects In Part Pursuant to 28 U.S.C. §636. As grounds for its objection, Travelers states that Plaintiff has failed to object to the Magistrate's Report and Recommendation dated December 5, 2003, which recommended that this matter be dismissed with prejudice for lack of subject matter jurisdiction. Accordingly, Plaintiff has waived any right to object to the Magistrate's Report. In addition, Travelers' states that there is no clear error in the Magistrate's Report and Recommendation and thus this Court should adopt its recommendations.

In support of its objection, Travelers refers to and incorporates by reference its Memorandum in Support of its Objection to Plaintiff's Motion for Order Remanding Action to State Court, a copy of which is attached hereto as Exhibit A.

WHEREFORE, Defendant Travelers Casualty & Surety Company objects to Plaintiff's Request for District Judge's Review of U.S. Magistrate's Report and requests that this Court adopt the Magistrate's Report and Recommendation dated December 5, 2003 and dismiss this matter with prejudice.

Respectfully submitted,

TRAVELERS CASUALTY & SURETY COMPANY
By its attorneys,

Bradford R. Carver
CT. Fed. No. 12846
Cetrulo & Capone LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210
(617) 217-5500

DATED: 1/20/04

Local Rule 2C Counsel:
James Mack
Travelers Casualty and Surety Company
One Tower Sq., 14CZ
Hartford, CT 06183

## CERTIFICATE OF SERVICE

I, Bradford R. Carver, hereby certify that on the 20th day of January, 2004, a copy of the forgoing was sent via first class mail, postage prepaid to:

> Mr. Ronald Patterson
> 133 Hunting Street #1
> Hartford, CT 06105

and

> James Mack
> Travelers Casualty and Surety Company
> One Tower Sq., 14CZ
> Hartford, CT 06183

Bradford R. Carver
CT. Fed. No. 12846

314084/01037-0042